IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EQUAL EMPLOYMENT OPPORTUNITY     :     CIVIL ACTION
COMMISSION                       :
                                 :
    v.                           :
                                 :
THE GEO GROUP, INC.              :     NO. 07-cv-04043-JF

ORDER

AND NOW, this 18th day of May 2009, upon consideration of the cross-motions for summary judgment, IT IS ORDERED:

1. Plaintiff's motion for summary judgment is DENIED.

2. Defendant's motion for summary judgment is GRANTED.

3. This action is DISMISSED with prejudice.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.